UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| JOHN DILLARD, | ) | CASE NO. 12 B 40368 |
| | ) | |
| DEBTOR. | ) | JUDGE TIMOTHY A. BARNES |

### AGREED ORDER RESOLVING CONTEMPT ORDER AGAINST JACQUELINE FISHER, SCHEDULING FINAL PAYMENT OF $750 TO DEBTOR, AND AGREED INJUNCION

This matter comes before the Court upon Jacqueline Fisher's ("Ms. Fisher") voluntary appearance with counsel and initial payment of $800 to the Debtor after the issuance and service of a Writ of Body Attachment against her. The Court having advised Ms. Fisher of the terms of the Order Holding Ms. Fisher In Contempt ("Contempt Order") and the Debtor, through counsel, having negotiated with the U.S. Trustee and agreed to the following,

IT IS ORDERED THAT:

1. Ms. Fisher will present a certified check for $750 payable to the Debtor in satisfaction of paragraph 2 of this Court's Order of December 18, 2012 on or before July 17, 2013 to the Office of the U.S. Trustee, 219 S. Dearborn, Rm. 873, Chicago, IL;

2. Ms. Fisher is **enjoined**, with her consent, from performing any further bankruptcy petition preparer services, whether compensated or not; and

3. A further status is set on the Order Imposing Penalty on Bankruptcy Petition Preparer and the Contempt Order (the Orders) for July 24, 2013 at 10:30 a.m. to determine whether the Orders can be deemed fully satisfied and the outstanding Writ of Body Attachment extinguished.

4.  The Orders and the Writ continue in full force and effect until further Order of this Court.

Agreed to by:

_____
Michael J. Petro, Esq.
Attorney Jacqueline Fisher
Petro & Associates
53 W. Jackson Blvd., Suite 324
Chicago, IL 60604

Enter:

_____
The Honorable Timothy A. Barnes
United States Bankruptcy Judge

10 JUL 2013

cc:  Jacqueline Fisher
     Michael J. Petro, Attorney for Fisher
     John Dillard, Debtor
     Robert W. Maucker, Attorney Debtor

_____ 7-10-2013
Jacqueline Fisher